UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE:

WILLIE LEE BROWN,        *   CASE NO.: 10-42116
                                    *
       DEBTOR(S).                *   CHAPTER 13

## AMENDMENT TO CHAPTER 13 PLAN

      Comes now the debtor in the above-styled case and amends his Chapter 13 Plan as to the attached page.

                                                          /s/Shavon L. Richardson

                                                          Shavon L. Richardson
                                                          Attorney for Debtor
                                                          Campbell & Campbell, PC
                                                          P.O. Drawer 756
                                                          Talladega, AL 35161-0756
                                                          (256) 761-1858

## CERTIFICATE OF SERVICE

      I hereby certify I served a copy of the foregoing Amendment on Linda B. Gore, Trustee, P.O. Box 1338, Gadsden, AL 35902 by electronic notification at debtors@bellsouth.net and ch13books@bellsouth.net and the creditors on the attached mailing matrix this the _13th_ day of September, 2010

                                                          /s/Shavon L. Richardson

                                                          Shavon L. Richardson
                                                          Attorney for Debtor

Chapter 13 Plan Summary

Case No. 10-42116

Debtor __Willie Lee Brown__ SSN _____ Net Monthly Earnings _____

Debtor _____ SSN _____ Number of Dependents _____

I. Plan Payments:

___ Debtor(s) propose to pay a periodic payment of $_____ ___ weekly ___ bi-weekly ___ semi-monthly ___ monthly into the plan; or

_X_ Payroll Deduction Order to __Star Leasing Co., 4080 Business Park Dr., Columbus, OH 43204__

for $ __269.10__ _X_ weekly ___ bi-weekly ___ semi-monthly ___ monthly.

The length of the plan is __60__ months, and the total debt to be paid through the plan is $ __72,690.41__.

II. From the payments received, the Trustee shall make disbursements pursuant to the Bankruptcy Code, including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless the creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

B. Total ATTORNEY FEE of $ __2,750__ to be paid as follows: __$2058 at confirmation; $310 for 2 months; $72 for 1 month.__

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts

| Name of Creditor | Total Amount of Debt | Amount of Reg. Payments to be Paid $1,112 | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Wells Fargo | $88,000 | ___ by Trustee  _X_ by Debtor | July 2010 | 0 | NA | NA | NA |
|  |  | ___ by Trustee  ___ by Debtor |  |  |  |  |  |

2. Secured Debts (not long term debts) to be paid through the Trustee: Adequate Protection will be provided by valuing the collateral as of the filing date of the case so that there will be no decrease in value due to the stay.

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| GMAC |  | 40,477.15 | 27,875 | 12,602.15 | '07 Chevy Tahoe | 6% | 590.30 | Jan. 2011 |
| Wells Fargo Auto |  | 18,869.05 | 13,825 | 5,044.05 | '05 Dodge Ram | 6% | 292.77 | Jan. 2011 |
|  |  |  |  |  |  |  |  |  |

III. Other debts (not shown in (1) or (2)) above which Debtor(s) propose(s) to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payments | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| Aaron Rents | $360 | $120 | Refrigerator | Rent-to-own |
| Star Leasing Co. | $1,000 | 38.91 |  | Mandatory 401(k) repayment |
|  |  |  |  |  |

IV. Special Provisions: Debtor(s) will continue to pay pre- and post-petition electrical service in the ordinary course of business as adequate assurance of future payment under Title 11 U.S.C. § 366.

___ This is an original plan.

_X_ This is an amended plan replacing the plan dated __7/26/10__.

___ SECURED CLAIM HOLDERS WILL BEGIN RECEIVING DISTRIBUTIONS BEGINNING: _____, 20__.

_X_ This plan proposed to pay unsecured creditors approximately __45__ %.

_X_ Other provisions: __Debtor assumes rent-to-own contract w/Aaron's - church will coninue to make direct payments.__
2) Debtor surrenders any interest he has in the time share at Island Seas to Laura Brown - she will continue to make maintenance fee payments. 3) Wife will continue to make direct payments to American General because debt is co-signed.

CAMPBELL & CAMPBELL, PC    Dated: _____

400 S. Court Square    Signature of Debtor

P. O. Drawer 756

Talladega, AL 35161

(256) 761-1858    Signature of Debtor

4) Debtor surrenders any interest he has in teh kawasaki motorcycle - son is in possession and will continue to make direct payments. 5) Debtor will increase his payment to the Trustee to $287.10 per week beginning October 2012.

Aaron's
805 E. Battle Street
Talladega, AL 35160

GMAC
P. O. Box 130424
Roseville, MN

American General
84 Ali Way
Oxford, AL 36203

Household Bank
P.O. Box 80084
Salinas, CA 93912

Asset Acceptance
P.O. Box 1630
Warren, MI 48090

Juniper
P.O. Box 130
Clifton Heights, PA 19018

Associated Recovery
Systems
Dept. 5996
P.O. Box 1259
Oaks, PA 19456

Kawasaki
c/o HSBC Retail
P.O. Box 15521
Wilmington, DE 19850

Barry A. Friedman
Attorney at Law
P. O. Box 2394
Mobile, AL 36652

Laura Brown
3976 Plant Road
Talladega, AL 35160

CitiFinancial
3950 Regent Blvd.
S2A-283
Irving, TX 75063

Laura Brown
3976 Plant Road
Talladega, AL 35160

Discount Tire
C/O GE Money Bank
Bankruptcy Department
P.O. Box 103106
Roswell, GA 30076

NorthStar Location
Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225

District Court Clerk
P.O. Box 6137
Talladega, AL 35161

Orlando Cole, Jr.
4682 Shocco Springs Rd.
Talladega, AL 35160

Fortress Services, LLC
175 West Jackson Blvd.
Suite 2230
Chicago, IL 60604

Wells Fargo
4143 121st Street
Urbandale, IA 50323

Global Client Solutions
4500 South 129th East Avenue
Suite 177
Tulsa, OK 74134

Wells Fargo Auto Finance
c/o Wells Fargo Bank, NA
13675 Technology Drive,
Bldg C. 2nd Floor
Eden Prairie, MN 55344-2252